# EXHIBIT A



U.S. Department of Justice

Criminal Division

---

*Fraud Section*

*Meredith Ruggles*
*Assistant United States Attorney*
*101 South Edgeworth Street, Suite 400*
*Greensboro, North Carolina 27401*

*Thomas Tynan*
*Trial Attorney*
*1400 New York Avenue, NW*
*Washington, D.C. 20530*

April 7, 2021

Elliot Abrams, Esq.
Cheshire Parker Schneider, PLLC
133 Fayetteville Street, Suite 200
Raleigh, North Carolina 27602
(919) 833-3114
elliot.abrams@cheshirepark.com

    Re:    *United States v. Reifler*, 1:20-cr-512-1

Dear Mr. Abrams:

Pursuant to this Court's Local Rules, please find enclosed three pieces of media (Productions 1.1, 1.2 and 1.3), along with an Index and Addendum enclosed at Attachments A and B, describing the various materials contained on the media. The enclosed media is encrypted, and the passwords will be provided to you via email.

- <u>Written and Recorded Statements of the Defendant, Rule 16(a)(1)(A)-(B)</u>. Some statements of the defendants are contained on the enclosed hard drives. Any additional statements will be contained in later productions.

- <u>Prior Criminal Record, Rule 16(a)(1)(D)</u>. The enclosed materials contain the defendant's NCIC criminal records.

- <u>Documents and Tangible Objects, Rule 16(a)(1)(E)</u>. The enclosed materials contain documents and tangible objects. We will make available for your inspection any other documents and tangible objects that are within the Government's possession, custody, or control and which are (1) material to the preparation of the defense; (2) intended for use by the Government as evidence in its case-in-chief at trial; or (3) obtained from or belonging to your client.

In addition, in April 2018, counsel for the defendant produced to the Government certain electronic devices, including a server for the Forefront offices, images of several computers, and email and iCloud data for various individuals, among other things (hereinafter, the "Forefront Devices"). The Government notes that it was unable to access the contents of select items within the Forefront Devices, including an iOmega NAS device and devices described as Haystack images of computers for Alisa Rusanoff and custodian Wendy Espinoza. In August 2020, counsel for the defendant informed the Government that it did not have the password necessary to access the iOmega NAS drive. In addition, counsel for the defendant did not respond to the Government's August and September 2020 requests for assistance accessing the Haystack images of computers for Ms. Rusanoff and Ms. Espinoza. As a result, the Government cannot access these devices, and their contents are not included in the enclosed media. The Government will make these and any other of the Forefront Devices available for inspection at the request of defense counsel.

- Specific Examinations and Reports, Rule 16(a)(1)(F). No examinations and tests have been completed to date. If and when any such tests are completed, the Government will comply with the disclosures required under Fed. R. Crim. P. 16(a)(1)(F).

- Expert Witnesses, Rule 16(a)(1)(G). If necessary, the United States will retain expert witnesses in connection with trial in this matter. We will provide you with a summary of the expert's testimony in accordance with Fed. R. Crim. P. 16(a)(1)(G) prior to trial.

- Title 18, United States Code, Section 3500. The United States reserves the right to follow the procedures set forth in Title 18, United States Code, Section 3500 with respect to any Government witness.

- *Brady*/*Giglio* Material. The Government is aware of its obligations under *Brady* and *Giglio* and will furnish any such material at such a time as to permit its appropriate use by the defense. You may find that the enclosed materials contain *Brady* or *Giglio* material. We have not attempted to characterize any such material in that fashion.

- Reciprocal Discovery, Rule 16(b). Please accept this letter as a request under Fed. R. Crim. P. 16(b) for all materials discoverable by the Government under that Rule.

The attached index provides further detail on this Discovery production, to include a description of the documents in each subset; the "Beg Doc" and "End Doc" corresponding to the Bates numbers for that subset; and the media on which these records are produced.

Along with the Index, a majority of the material has been provided to you in a load-ready, searchable format. We have also provided you with the following metadata fields to assist you in locating and reviewing the discovery produced in this case: Production BEGDOC; Production ENDDOC; Production BEGATT; Production ENDATT; Custodian; Doc Author; Doc Date

Created; Doc Date Last Modified; Doc Date Last Print; Doc Ext; Doc Subject; Doc Time Created; Doc Time Last Modified; Doc Title; Doc Type; Email BCC; Email CC; Email Conversation; Email Date Sent; Email EntryID; Email Folder; Email From; Email INTMSGID; Email Subject; Email Time Sent; Email To; File Path; Filename; MD5 Hash; Page Count; Password Protected; Placeheld; SHA1 Hash; Source; Batch Sort; Text Precedence; and FILE_PATH. The documents at Bates numbers DOJ-PROD-0001930165 - DOJ-PROD-0001933996 and DOJ-PROD-0001959698 - DOJ-PROD-0001960412 have been provided in native format. We will continue our efforts to produce these documents in a load-ready format and, if they can be prepared in a load-ready format, re-produce them accordingly.

The prosecution team in this case has relied upon a filter protocol and filter team within the Fraud Section to segregate and screen documents potentially subject to claims of privilege or other protection ("Potentially Privileged Material"). The Filter attorney in this case is assigned to the U.S. Department of Justice, Criminal Division, Fraud Section's Special Matters Unit. The Filter Team attorney has a separate reporting and supervisory chain from the Prosecution Team in this case and is supported by paralegals and other professional staff who are not part of the Prosecution Team. We understand that the Filter Attorney will contact defense counsel regarding materials that, to date, have been withheld from the prosecution team and that are not included in the enclosed production. The Filter Attorney will be handling any and all discovery of Potentially Privileged Material.

The Government recognizes its ongoing obligation to supplement these disclosures if new material becomes available or changing circumstances warrant additional disclosures. The Government continues to review its files for discoverable information and materials. To the extent that any additional discoverable information and materials are located, the Government will produce them to you pursuant to its obligations. Should you have any questions or need additional information, please do not hesitate to contact Tom Tynan at (202) 768-1136.

        Sincerely,

        MATTHEW G.T. MARTIN
        United States Attorney

By: /s/_____
   Meredith Ruggles
   Assistant United States Attorney
   Middle District of North Carolina

   DANIEL S. KAHN
   Acting Chief, Fraud Section

By: /s/_____
   Thomas Tynan
   Trial Attorney
   Criminal Division, Fraud Section
   United States Department of Justice

*Encl.*   *Attachment A: US v. Reifler Government Production 1 Index*

*Encl.*   *Attachment B: US v. Reifler Discover Addendum 1*

| Producting Party | Description | Production BEGDOC | Production ENDDOC | Production No. | Production Date |
|---|---|---|---|---|---|
| American Express | Subpoena production for bank records for accounts x2006 and x4002, in the name of Forefront Capital. | DOJ-PROD-0000000001 | DOJ-PROD-0000000572 | 1 | 4/5/2021 |
| Andrew Wasitowski | Subpoena production for documents and correspondence pertaining to Auto Funding Solutions, the Forefront entities, and FF Sully Partners. | DOJ-PROD-0000000573 | DOJ-PROD-0000000761 | 1 | 4/5/2021 |
| Bank of America | Subpoena production for bank accounts x5083 and x0556 in the name of Waterbridge Capital, LLC, Spring Street 182, LLC, and Syracuse Property Holdings, LLC. | DOJ-PROD-0000000762 | DOJ-PROD-0000001058 | 1 | 4/5/2021 |
| Bank of America | Subpoena production for bank accounts x5083, x0556, and x2082, in the name of Joel Schreiber. | DOJ-PROD-0000001059 | DOJ-PROD-0000001561 | 1 | 4/5/2021 |
| Bank of America | Subpoena production for bank account x9329, in the name of Bradley Reifler. | DOJ-PROD-0000001562 | DOJ-PROD-0000001651 | 1 | 4/5/2021 |
| Bank of America | Subpoena production for bank accounts x9238, x8982, x8979, x8966, x9156, x8868, x8855, x0414, x1344, x8995, x9004, and x9166, in the name of Cole Capital Ventures, Forefront Capital Services, Forefront Partners, Forefront Partners St Notes, Forefront United, Insurance Marketplace Agency, Irene Tech, John M Iitold, Newbeg, Port Royal NCM, and Women at the Forefront. | DOJ-PROD-0000001652 | DOJ-PROD-0000006398 | 1 | 4/5/2021 |
| Bank of America | Subpoena production for bank accounts x5976, x5183, x5196, x0874, and x5992 in the name of Dealdefenders LLC. | DOJ-PROD-0000006399 | DOJ-PROD-0000009293 | 1 | 4/5/2021 |
| Bank of America | Subpoena production for bank accounts x8979 and x8982, in the name of Forefront Partners, and Forefront Capital Services. | DOJ-PROD-0000009294 | DOJ-PROD-0000009389 | 1 | 4/5/2021 |
| Bank of America | Subpoena production for bank account x5083, in the name of Waterbridge Capital LLC. | DOJ-PROD-0000009390 | DOJ-PROD-0000009582 | 1 | 4/5/2021 |
| Citizens Bank | Subpoena production for bank accounts x8301, x5932, and x4644, in the name of Summit Trust Company. | DOJ-PROD-0000009583 | DOJ-PROD-0000010711 | 1 | 4/5/2021 |
| Citizens Bank | Subpoena production for bank account x8301, in the name of Summit Trust Company. | DOJ-PROD-0000010712 | DOJ-PROD-0000010891 | 1 | 4/5/2021 |
| Citibank | Subpoena production for bank account x6033, in the name of KelCop LP and/or KelCop Family, LLC. | DOJ-PROD-0000010892 | DOJ-PROD-0000011153 | 1 | 4/5/2021 |
| Citibank | Subpoena production for bank accounts x2632 and x3337, in the name of Francisco Javier Sumavielle. | DOJ-PROD-0000011154 | DOJ-PROD-0000011172 | 1 | 4/5/2021 |
| Citibank | Subpoena production for bank accounts x6204 and x4042, in the name of Francisco Javier Sumavielle. | DOJ-PROD-0000011173 | DOJ-PROD-0000011888 | 1 | 4/5/2021 |
| Citibank | Subpoena production for bank accounts x1356, x3078, x3647, x7693, x4514, x4522, x6033, x6041, x9058, and x3647, in the name of Pali Capital, Forefront Capital Management, Bradley Reifler, KelCop, and ForeFront Capital Holdings. | DOJ-PROD-0000011889 | DOJ-PROD-0000012523 | 1 | 4/5/2021 |
| Yvonnie Ditzel | Subpoena production of email communications regarding, among other things, Forefront and related entities, Summit Trust Company, and North Carolina Mutual Life Insurance Company. | DOJ-PROD-0000012524 | DOJ-PROD-0000016458 | 1 | 4/5/2021 |
| Forefront Capital Holdings | Subpoena production for documents pertaining to Auto Funding Group. | DOJ-PROD-0000016459<br>DOJ-PROD-0000172569 | DOJ-PROD-0000017242<br>DOJ-PROD-0000173497 | 1 | 4/5/2021 |
| First National Bank of Omaha | Subpoena production for bank accounts x3239 and x3242, in the name of Forefront Income Trust. | DOJ-PROD-0000017243 | DOJ-PROD-0000017327 | 1 | 4/5/2021 |
| First Republic Bank | Subpoena production for bank accounts x2075, x4623, x4792, x4958, x5161, x5278, x5310, x5401, x5542, x5658, x5708, x5914, x6227, and x6433, in the name of Bradley Reifler, Forefront Capital Markets, FF Sully Partners, Talking Capital, BRSG Capital, Forefront Capital Advisors, Talking Capital Partners I, Forefront Talking Capital Investment, Talking Capital Partners II, Talking Capital Partners III, and Talking Capital Partners IV. | DOJ-PROD-0000017328 | DOJ-PROD-0000019116 | 1 | 4/5/2021 |
| First Republic Bank | Subpoena production for bank accounts x4792 and x5401, in the name of FF Sully LP. | DOJ-PROD-0000019117 | DOJ-PROD-0000019288 | 1 | 4/5/2021 |
| First Republic Bank | Subpoena production for bank accounts x2075, x4623, x4792, x4958, x5161, x5278, x5310, x5401, x5542, x5658, x5708, x5914, x6227, and x6433, in the name of Bradley Reifler, Forefront Capital Markets, FF Sully Partners, Talking Capital, BRSG Capital, Forefront Capital Advisors, Talking Capital Partners I, Forefront Talking Capital Investment, Talking Capital Partners II, Talking Capital Partners IV, and Talking Capital Partners III. | DOJ-PROD-0000019289 | DOJ-PROD-0000020389 | 1 | 4/5/2021 |
| Iryna Stepanchuk | Subpoena production of accounting records related to Bradley Reifler. | DOJ-PROD-0000020390 | DOJ-PROD-0000032434 | 1 | 4/5/2021 |
| Steven Fickes | Voluntary production related to the Reinsurance Trust Agreement and Investment Advisory Agreement. | DOJ-PROD-0000032435 | DOJ-PROD-0000032439 | 1 | 4/5/2021 |
| Joel Schreiber | Subpoena production of documents related to Forefront and related entities and correspondence with Bradley Reifler and other Forefront employees. | DOJ-PROD-0000032440 | DOJ-PROD-0000048048 | 1 | 4/5/2021 |

| Producting Party | Description | Production BEGDOC | Production ENDDOC | Production No. | Production Date |
|---|---|---|---|---|---|
| Signature Bank | Subpoena production for bank account x1106, in the name of FYM Millbrook. | DOJ-PROD-0000048049 | DOJ-PROD-0000048325 | 1 | 4/5/2021 |
| Sprintship | Subpoena production for documents related to Forefront and related entities | DOJ-PROD-0000048326 | DOJ-PROD-0000048493 | 1 | 4/5/2021 |
| SunTrust Bank | Subpoena production for bank accounts x7380 and x7455, in the name of Port Royal. | DOJ-PROD-0000048494 | DOJ-PROD-0000048619 | 1 | 4/5/2021 |
| SunTrust Bank | Subpoena production for bank account x7380, in the name of Port Royal. | DOJ-PROD-0000048620 | DOJ-PROD-0000048624 | 1 | 4/5/2021 |
| SunTrust Bank | Subpoena production for bank accounts x0427, x0757, x3982, x4535, and x7217, in the name of Auto Funding Solutions. | DOJ-PROD-0000048625 | DOJ-PROD-0000057147 | 1 | 4/5/2021 |
| SunTrust Bank | Subpoena production for bank accounts x3982 and x0757, in the name of Auto Funding Solutions and Auto Funding Group, | DOJ-PROD-0000057148 | DOJ-PROD-0000057159 | 1 | 4/5/2021 |
| UBS | Subpoena production for Bank accounts x1726, x1727, x6721, and x7511, in the name of Waterbridge Capital, LLC, Spring Street 182, LLC, and Syracuse Property Holdings, LLC. | DOJ-PROD-0000057160 | DOJ-PROD-0000057450 | 1 | 4/5/2021 |
| Valley National Bank | Subpoena production for bank accounts x0344 and x0298, in the name of Waterbridge Capital. | DOJ-PROD-0000057451 | DOJ-PROD-0000057931 | 1 | 4/5/2021 |
| Wells Fargo | Subpoena production for bank accounts x2450, x0378, x1195, x1493, and x6138, in the name of Summit Trust Company. | DOJ-PROD-0000057932 | DOJ-PROD-0000058900 | 1 | 4/5/2021 |
| Wells Fargo | Subpoena production for bank account x7190, in the name of Katie Birdsall. | DOJ-PROD-0000058901 | DOJ-PROD-0000058904 | 1 | 4/5/2021 |
| Angel Santos | Voluntary production of records from iPhone belonging to Angel Santos. | DOJ-PROD-0000058905 | DOJ-PROD-0000112643 | 1 | 4/5/2021 |
| North Carolina Mutual | Voluntary production from North Carolina Mutual consisting of business records and correspondence. | DOJ-PROD-0000112644 | DOJ-PROD-0000169158 | 1 | 4/5/2021 |
| North Carolina Mutual | Voluntary production of documents supporting declaration of Gregory M. Cancilla submitted by North Carolina Mutual Life Insurance Company in *In re: Bradley C. Reifler*. | DOJ-PROD-0000169159 | DOJ-PROD-0000172552 | 1 | 4/5/2021 |
| SEC | Documents related to Joel Schreiber and Waterbridge produced pursuant to access request. | DOJ-PROD-0000172553 DOJ-PROD-0000647879 | DOJ-PROD-0000172553 DOJ-PROD-0000648105 | 1 | 4/5/2021 |
| NC Dept of Insurance | Subpoena production for documents related to the Reinsurance Trust Agreement involving North Carolina Mutual Life Insurance Company, Port Royal Reassurance Trust Company, and Forefront Capital Holdings. | DOJ-PROD-0000173498 | DOJ-PROD-0000195443 | 1 | 4/5/2021 |
| JP Morgan | Subpoena production for bank accounts x5809 and x0417, in the name of Bradley Reifler, Forefront Capital, Forefront Income Trust, and Forefront Talking Capital. | DOJ-PROD-0000195444 | DOJ-PROD-0000195448 | 1 | 4/5/2021 |
| SEC | Testimony transcripts and associated exhibits for depositions of Bradley Reifler and David Wasitowski produced pursuant to access request. | DOJ-PROD-0000195449 | DOJ-PROD-0000196790 | 1 | 4/5/2021 |
| SEC | Testimony transcript and associated exhibits for deposition of Michael Flatley produced pursuant to access request. | DOJ-PROD-0000196791 | DOJ-PROD-0000196878 | 1 | 4/5/2021 |
| SEC | Production from Brook Weiner produced pursuant to acess request. | DOJ-PROD-0000196879 | DOJ-PROD-0000216091 | 1 | 4/5/2021 |
| SEC | Testimony transcripts and associated exhibits for deposition of Bradley Reifler produced pursuant to access request. | DOJ-PROD-0000216092 | DOJ-PROD-0000216346 | 1 | 4/5/2021 |
| SEC | Documents pertaining to Forefront Capital Management and deposition exhibits pursuant to access request. | DOJ-PROD-0000216347 | DOJ-PROD-0000216796 | 1 | 4/5/2021 |
| SEC | Documents related to Forefront Partners produced pursuant to an access request. | DOJ-PROD-0000216797 | DOJ-PROD-0000618671 | 1 | 4/5/2021 |
| SEC | Documents pertaining to Summit Trust Company produced pursuant to access request. | DOJ-PROD-0000618672 | DOJ-PROD-0000647878 | 1 | 4/5/2021 |
| Symmetry Development | Subpoena production of documents related to Forefront and related entities, correspondence with Bradley Reifler and other Forefront employees. | DOJ-PROD-0000648106 | DOJ-PROD-0000668188 | 1 | 4/5/2021 |
| JP Morgan | Subpoena production for bank accounts x0417, x0454, x2801, x2897, x3465, x3601, x3932, x5065, x5809, x6698, x7066, and x7223, in the name of Waterbridge Capital, LLC, Spring Street 182, LLC, Syracuse Property Holdings, LLC. | DOJ-PROD-0000670743 | DOJ-PROD-0000677519 | 2 | 4/5/2021 |
| American Express | Subpoena production for bank accounts x8003, x9001, x1008, x1009, x1000, x2008, and x4009, in the name of Angel Santos. | DOJ-PROD-0000668189 | DOJ-PROD-0000669854 | 2 | 4/5/2021 |
| Bank of America | Subpoena production for bank accounts x0874, x5976, and x5992, in the name of Dealdefenders LLC. | DOJ-PROD-0000669855 | DOJ-PROD-0000670742 | 2 | 4/5/2021 |

| Producting Party | Description | Production BEGDOC | Production ENDDOC | Production No. | Production Date |
|---|---|---|---|---|---|
| JP Morgan | Subpoena production for bank account x3266, in the name of Port Royal. | DOJ-PROD-0000677520 | DOJ-PROD-0000677572 | 2 | 4/5/2021 |
| North Carolina Mutual | Subpoena production for deposition exhibits from the bankruptcy proceeding. | DOJ-PROD-0000677573 | DOJ-PROD-0000678354 | 2 | 4/5/2021 |
| Signature Bank | Subpoena production for bank account x1106, in the name of FYM Millbrook. | DOJ-PROD-0000678355 | DOJ-PROD-0000679249 | 2 | 4/5/2021 |
| Union Bank | Subpoena production for bank account x6800, in the name of Forefront Income Trust. | DOJ-PROD-0000679250 | DOJ-PROD-0000679827 | 2 | 4/5/2021 |
| Union Bank | Subpoena production for bank accounts x6800 and x6805, in the name of Forefront Income Trust. | DOJ-PROD-0000679828 | DOJ-PROD-0000680382 | 2 | 4/5/2021 |
| Wedbush | Subpoena production for bank account x0060, in the name of Bradley Reifler. | DOJ-PROD-0000680383 | DOJ-PROD-0000680519 | 2 | 4/5/2021 |
| FDIC | Proof of the insured status of Bank of America and U.S. Bank National Association | DOJ-PROD-0000680520 | DOJ-PROD-0000680546 | 2 | 4/5/2021 |
| North Carolina Mutual | Subpoena production for documents and records pertaining to losses incurred by North Carolina Mutual Life Insurance. | DOJ-PROD-0000680547 | DOJ-PROD-0000685200 | 2 | 4/5/2021 |
| US Bank | Subpoena production for bank account x7303, in the name of Port Royal Reinsurance Company. | DOJ-PROD-0000685201 | DOJ-PROD-0000685349 | 2 | 4/5/2021 |
| CBP | Customs and Border Protection Investigative Report. | DOJ-PROD-0000685350 | DOJ-PROD-0000685352 | 2 | 4/5/2021 |
| NC Dept of Insurance | Voluntary production of North Carolina Mutual Report on Examination. | DOJ-PROD-0000685353 | DOJ-PROD-0000685383 | 2 | 4/5/2021 |
| Forefront | Records recovered from devices produced by Forefront Capital Holdings and related entities. | DOJ-PROD-0000685583 | DOJ-PROD-0001924930 | 2 | 4/5/2021 |
| JP Morgan | Subpoena production for bank accounts x0417, x0672, x2387, x2770, x2801, x3266, x3601, x4401, x5809, x6698, x7066, x7074, x7082, x7090, x7139, x7147, x7155, x7163, x7223, x8185, x9265, and x9313, in the name of Forefront Partners, Forefront Capital Services, Bradley Reifler, Ackerberg Irr Trust FBO Kelsey Reifler, Forefront Capital Management, Forefront Capital Markets, Forefront Partners Short Term Notes, Forefront Wealth Management, and Kelsey Reifler Mintor UTMA. | DOJ-PROD-0001924931 | DOJ-PROD-0001929128 | 2 | 4/5/2021 |
| North Carolina Mutual | Voluntary production of records related to the Reinsurance Trust Agreement between North Carolina Mutual Life Insurance and Port Royal Reassurance Company. | DOJ-PROD-0001929129 DOJ-PROD-0000685384 | DOJ-PROD-0001929149 DOJ-PROD-0000685582 | 2 | 4/5/2021 |
| SEC | Documents pertaining to Symmetry Property Development produced pursuant to access request. | DOJ-PROD-0001929150 | DOJ-PROD-0001929383 | 2 | 4/5/2021 |
| SEC | General ledger analysis of Forefront Partners and Forefront Capital Services cash account produced pursuant to access request. | DOJ-PROD-0001929384 | DOJ-PROD-0001929391 | 2 | 4/5/2021 |
| SEC | Documents pertaining to Michael Flatley produced pursuant to access request. | DOJ-PROD-0001929392 | DOJ-PROD-0001929784 | 2 | 4/5/2021 |
| SEC | Documents pertaining to David Wasitowski produced pursuant to access request. | DOJ-PROD-0001929785 | DOJ-PROD-0001930120 | 2 | 4/5/2021 |
| Symmetry Development | Subpoena production of documents related to Forefront and related entities, correspondence with Bradley Reifler and other Forefront employees, and audio files from Symmetry Property Development with draft transcripts of the produced recordings created by the Department of Justice. | DOJ-PROD-0001930121 | DOJ-PROD-0001930164 | 2 | 4/5/2021 |
| American Express | Subpoena production for bank records for accounts x4009, x1008, x1009, x2008, in the name of Angel Santos. | DOJ-PROD-0001930165 | DOJ-PROD-0001930460 | 3 | 4/5/2021 |
| Bachner and Weiner | Production regarding *Forefront Income Trust v. Joel Schreiber et al.* | DOJ-PROD-0001930461 | DOJ-PROD-0001930530 | 3 | 4/5/2021 |
| Forefront | Voluntary production from Forefront of the bankruptcy depositions. | DOJ-PROD-0001930531 | DOJ-PROD-0001931972 | 3 | 4/5/2021 |
| Forefront | Voluntary production from Forefront relating to the devices produced to the government | DOJ-PROD-0001931973 | DOJ-PROD-0001931973 | 3 | 4/5/2021 |

| Producting Party | Description | Production BEGDOC | Production ENDDOC | Production No. | Production Date |
|---|---|---|---|---|---|
| NCIC | Bradley Reifler National Crime Information Center Report. | DOJ-PROD-0001931974 | DOJ-PROD-0001931974 | 3 | 4/5/2021 |
| SEC | Testimony transcripts and associated exhibits for deposition of Steve Fickes. | DOJ-PROD-0001931975 | DOJ-PROD-0001932462 | 3 | 4/5/2021 |
| SEC | Documents pertaining to Meade Rudasill and Summit Trust Company produced pursuant to access request. | DOJ-PROD-0001932463 | DOJ-PROD-0001932647 | 3 | 4/5/2021 |
| SEC | Testimony transcripts of depositions of Bradley Reifler produced pursuant to access request. | DOJ-PROD-0001932648 | DOJ-PROD-0001932905 | 3 | 4/5/2021 |
| SEC | Documents pertaining to Symmetry Property Development produced pursuant to access request. | DOJ-PROD-0001932906 | DOJ-PROD-0001933143 | 3 | 4/5/2021 |
| SEC | Documents pertaining to Frank Argenziano produced pursuant to access request. | DOJ-PROD-0001933144 | DOJ-PROD-0001933262 | 3 | 4/5/2021 |
| SEC | Documents pertaining to Margaret Leszcynska produced pursuant to access request. | DOJ-PROD-0001933263 | DOJ-PROD-0001933996 | 3 | 4/5/2021 |
| SEC | Documents the SEC received from Union Bank in response to its subpoena for SEC v. Bradley Reifler et al. | DOJ-PROD-0001933997 | DOJ-PROD-0001935105 | 4 | 4/5/2021 |
| SEC | Defendants' production received with regard to SEC v. Bradley Reifler, et al. | DOJ-PROD-0001935106 | DOJ-PROD-0001956528 | 4 | 4/5/2021 |
| SEC | Defendants' production received with regard to SEC v. Bradley Reifler, et al. | DOJ-PROD-0001956529 | DOJ-PROD-0001959697 | 4 | 4/5/2021 |
| DOJ | Interview with Michael Lawrence on 8/24/2017 | DOJ-PROD-0001959698 | DOJ-PROD-0001959703 | 5 | 4/5/2021 |
| DOJ | Interview with Jaqueline Obusek, Susan Coble, and Jeffrey Trendel on 8/24/2017 | DOJ-PROD-0001959704 | DOJ-PROD-0001959706 | 5 | 4/5/2021 |
| DOJ | Interview with Jeffrey Laytin on 6/12/2018 | DOJ-PROD-0001959707 | DOJ-PROD-0001959761 | 5 | 4/5/2021 |
| DOJ | Interview with Joel Schreiber on 9/27/2017 | DOJ-PROD-0001959762 | DOJ-PROD-0001959762 | 5 | 4/5/2021 |
| DOJ | Interview with Meade Rudasill on 3/21/2019 | DOJ-PROD-0001959763 | DOJ-PROD-0001959775 | 5 | 4/5/2021 |
| DOJ | Interview with Margaret Leszczynska on 2/14/2018 | DOJ-PROD-0001959776 | DOJ-PROD-0001960130 | 5 | 4/5/2021 |
| DOJ | Interview with Vonnie Ditzel on 2/13/2018 | DOJ-PROD-0001960131 | DOJ-PROD-0001960167 | 5 | 4/5/2021 |
| DOJ | Interview with Angel Santos on 3/8/2018 | DOJ-PROD-0001960168 | DOJ-PROD-0001960170 | 5 | 4/5/2021 |
| DOJ | Interview with Andrew Wasitowski on 7/2/2018 | DOJ-PROD-0001960171 | DOJ-PROD-0001960172 | 5 | 4/5/2021 |
| DOJ | Interview with Andrew Wasitowski on 7/31/2018 | DOJ-PROD-0001960173 | DOJ-PROD-0001960174 | 5 | 4/5/2021 |
| DOJ | Interview with Jason Ding on 6/12/2018 | DOJ-PROD-0001960175 | DOJ-PROD-0001960178 | 5 | 4/5/2021 |
| DOJ | Interview with Andrew Whiteside on 7/25/2018 | DOJ-PROD-0001960179 | DOJ-PROD-0001960180 | 5 | 4/5/2021 |
| DOJ | Interview with Andrew Whiteside on 10/19/2018 | DOJ-PROD-0001960181 | DOJ-PROD-0001960184 | 5 | 4/5/2021 |
| DOJ | Interview with Francie Whiteside on 10/19/2018 | DOJ-PROD-0001960185 | DOJ-PROD-0001960186 | 5 | 4/5/2021 |
| DOJ | Interview with Javier Sumavielle on 8/6/2018 | DOJ-PROD-0001960187 | DOJ-PROD-0001960188 | 5 | 4/5/2021 |
| DOJ | Interview with Joel Schreiber on 11/26/2018 | DOJ-PROD-0001960189 | DOJ-PROD-0001960196 | 5 | 4/5/2021 |
| DOJ | Interview with Michael Flatley on 2/1/2019 | DOJ-PROD-0001960197 | DOJ-PROD-0001960213 | 5 | 4/5/2021 |
| DOJ | Interview with Margaret Leszczynska on 6/21/2019 | DOJ-PROD-0001960214 | DOJ-PROD-0001960229 | 5 | 4/5/2021 |
| DOJ | Interview with Frank Argenziano on 12/18/2018 | DOJ-PROD-0001960230 | DOJ-PROD-0001960235 | 5 | 4/5/2021 |
| DOJ | Interview with Jackie Britt on 2/12/2020 | DOJ-PROD-0001960236 | DOJ-PROD-0001960281 | 5 | 4/5/2021 |
| DOJ | Interview with James Speed on 2/11/2020 | DOJ-PROD-0001960282 | DOJ-PROD-0001960315 | 5 | 4/5/2021 |
| DOJ | Interview with Charles Hobgood on 2/12/2020 | DOJ-PROD-0001960316 | DOJ-PROD-0001960322 | 5 | 4/5/2021 |
| DOJ | Interview with Andrew Stone on 4/10/2019 | DOJ-PROD-0001960323 | DOJ-PROD-0001960332 | 5 | 4/5/2021 |
| DOJ | Application for Search Warrant and Warrants for 123 Fraleigh Hill Rd and 641 Lexington Ave | DOJ-PROD-0001960332 | DOJ-PROD-0001960400 | 6 | 4/5/2021 |
| SEC | Union bank documents pertaining to Forefront entities. | DOJ-PROD-0001960401 | DOJ-PROD-0001960408 | 6 | 4/5/2021 |
| SEC | Documents pertaining to Forefront entities. | DOJ-PROD-0001960409 | DOJ-PROD-0001960412 | 6 | 4/5/2021 |



U.S. Department of Justice

Criminal Division

---

*Fraud Section*

*Meredith Ruggles*
*Assistant United States Attorney*
*101 South Edgeworth Street, Suite 400*
*Greensboro, North Carolina 27401*

*Thomas Tynan*
*Trial Attorneys*
*1400 New York Avenue, NW*
*Washington, D.C. 20530*

ADDENDUM 1

Dated: April 7, 2021

The 39 items identified below were flagged as containing a virus. The text file and image placeholders for these records remain available. The infected native files have been removed from the Production.

| PRODUCTION 1.2 – INFECTED NATIVE FILES BEGDOC ||
|---|---|
| DOJ-PROD-0000874238 | DOJ-PROD-0001533992 |
| DOJ-PROD-0000878970 | DOJ-PROD-0001535042 |
| DOJ-PROD-0000883306 | DOJ-PROD-0001572487 |
| DOJ-PROD-0000933698 | DOJ-PROD-0001575743 |
| DOJ-PROD-0001046355 | DOJ-PROD-0001576642 |
| DOJ-PROD-0001073792 | DOJ-PROD-0001662513 |
| DOJ-PROD-0001077603 | DOJ-PROD-0001678501 |
| DOJ-PROD-0001092623 | DOJ-PROD-0001678700 |
| DOJ-PROD-0001096474 | DOJ-PROD-0001684709 |
| DOJ-PROD-0001097548 | DOJ-PROD-0001685222 |
| DOJ-PROD-0001271056 | DOJ-PROD-0001710808 |
| DOJ-PROD-0001271121 | DOJ-PROD-0001711064 |
| DOJ-PROD-0001273037 | DOJ-PROD-0001711067 |
| DOJ-PROD-0001308165 | DOJ-PROD-0001711646 |
| DOJ-PROD-0001366383 | DOJ-PROD-0001711897 |
| DOJ-PROD-0001402893 | DOJ-PROD-0001713765 |
| DOJ-PROD-0001415726 | DOJ-PROD-0001714322 |
| DOJ-PROD-0001478145 | DOJ-PROD-0001714366 |
| DOJ-PROD-0001501364 | DOJ-PROD-0001810654 |
| DOJ-PROD-0001515720 | |