# EXHIBIT B

| Producting Party | Description | Production BEGDOC | Production ENDDOC | Production No. | Production Date |
|---|---|---|---|---|---|
| SEC | Union bank document pertaining to Forefront entities. | DOJ-PROD-0001960531 | DOJ-PROD-0001960531 | 8 | 5/28/2021 |
| USPIS | Interview report for Michael Lawrence | DOJ-PROD-0001960532 | DOJ-PROD-0001960563 | 8 | 5/28/2021 |
| USPIS | Interview report for Ray Strickland | DOJ-PROD-0001960564 | DOJ-PROD-0001960566 | 8 | 5/28/2021 |
| USPIS | Interview report for Steven Fickes | DOJ-PROD-0001960567 | DOJ-PROD-0001960689 | 8 | 5/28/2021 |
| USPIS | Interview report for Iryna Stepanchuk | DOJ-PROD-0001960690 | DOJ-PROD-0001960694 | 8 | 5/28/2021 |