IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>BRADLEY CARL REIFLER,<br>*Defendant*. | No. 1:20-cr-512 |

## DEFENDANT'S LIST OF POTENTIAL EXHIBITS

The Defendant, Brandley C. Reifler, by and through undersigned counsel, may—in rebuttal of the government's case and the evidence adduced at trial—use some or all the following documents at the trial in this matter. The Defendant expressly reserves the right to supplement and or amend this list as the preparation for trial continues.

DOJ-PROD-0000034350
DOJ-PROD-0000034352
DOJ-PROD-0000034487
DOJ-PROD-0000034490
DOJ-PROD-0000034652
DOJ-PROD-0000035053
DOJ-PROD-0000035054
DOJ-PROD-0000035295
DOJ-PROD-0000035297
DOJ-PROD-0000035459
DOJ-PROD-0000035706
DOJ-PROD-0000035843
DOJ-PROD-0000035845
DOJ-PROD-0000035852
DOJ-PROD-0000037374
DOJ-PROD-0000037375
DOJ-PROD-0000119932
DOJ-PROD-0000119942
DOJ-PROD-0000128549

DOJ-PROD-0000128550
DOJ-PROD-0000128552
DOJ-PROD-0000130214
DOJ-PROD-0000130215
DOJ-PROD-0000133556
DOJ-PROD-0000134672
DOJ-PROD-0000169332
DOJ-PROD-0000169333
DOJ-PROD-0000170452
DOJ-PROD-0000171697
DOJ-PROD-0000171698
DOJ-PROD-0000171709
DOJ-PROD-0000175327
DOJ-PROD-0000175917
DOJ-PROD-0000176961
DOJ-PROD-0000177105
DOJ-PROD-0000177122
DOJ-PROD-0000219597
DOJ-PROD-0000235146
DOJ-PROD-0000590659
DOJ-PROD-0000590661
DOJ-PROD-0000590662
DOJ-PROD-0000590663
DOJ-PROD-0000590714
DOJ-PROD-0000590811
DOJ-PROD-0000591107
DOJ-PROD-0000591564
DOJ-PROD-0000591565
DOJ-PROD-0000591578
DOJ-PROD-0000591590
DOJ-PROD-0000591597
DOJ-PROD-0000591600
DOJ-PROD-0000591607
DOJ-PROD-0000591614
DOJ-PROD-0000591925
DOJ-PROD-0000591926
DOJ-PROD-0000592144
DOJ-PROD-0000592148
DOJ-PROD-0000592153
DOJ-PROD-0000592168
DOJ-PROD-0000592170
DOJ-PROD-0000592174
DOJ-PROD-0000592177
DOJ-PROD-0000593722
DOJ-PROD-0000594006
DOJ-PROD-0000594007
DOJ-PROD-0000594192
DOJ-PROD-0000594722
DOJ-PROD-0000594763

DOJ-PROD-0000594764
DOJ-PROD-0000594775
DOJ-PROD-0000594790
DOJ-PROD-0000594862
DOJ-PROD-0000597635
DOJ-PROD-0000598203
DOJ-PROD-0000598206
DOJ-PROD-0000598210
DOJ-PROD-0000598223
DOJ-PROD-0000598425
DOJ-PROD-0000598536
DOJ-PROD-0000599852
DOJ-PROD-0000599952
DOJ-PROD-0000600033
DOJ-PROD-0000600034
DOJ-PROD-0000600039
DOJ-PROD-0000600046
DOJ-PROD-0000600304
DOJ-PROD-0000600312
DOJ-PROD-0000600316
DOJ-PROD-0000600513
DOJ-PROD-0000600516
DOJ-PROD-0000600580
DOJ-PROD-0000600581
DOJ-PROD-0000600582
DOJ-PROD-0000601415
DOJ-PROD-0000601744
DOJ-PROD-0000601749
DOJ-PROD-0000602212
DOJ-PROD-0000602214
DOJ-PROD-0000602218
DOJ-PROD-0000602222
DOJ-PROD-0000602226
DOJ-PROD-0000602230
DOJ-PROD-0000602235
DOJ-PROD-0000602239
DOJ-PROD-0000602989
DOJ-PROD-0000602992
DOJ-PROD-0000603159
DOJ-PROD-0000603285
DOJ-PROD-0000603286
DOJ-PROD-0000604273
DOJ-PROD-0000604439
DOJ-PROD-0000604441
DOJ-PROD-0000604658
DOJ-PROD-0000604659
DOJ-PROD-0000604700
DOJ-PROD-0000604708
DOJ-PROD-0000605704

DOJ-PROD-0000606048
DOJ-PROD-0000606050
DOJ-PROD-0000606075
DOJ-PROD-0000606079
DOJ-PROD-0000606748
DOJ-PROD-0000607474
DOJ-PROD-0000607476
DOJ-PROD-0000607480
DOJ-PROD-0000607936
DOJ-PROD-0000607940
DOJ-PROD-0000608215
DOJ-PROD-0000608216
DOJ-PROD-0000608217
DOJ-PROD-0000608219
DOJ-PROD-0000608274
DOJ-PROD-0000608277
DOJ-PROD-0000608278
DOJ-PROD-0000609352
DOJ-PROD-0000609366
DOJ-PROD-0000609384
DOJ-PROD-0000610229
DOJ-PROD-0000610229
DOJ-PROD-0000631635
DOJ-PROD-0000646410
DOJ-PROD-0000646410
DOJ-PROD-0000683935
DOJ-PROD-0000683988
DOJ-PROD-0000900116
DOJ-PROD-0000900176
DOJ-PROD-0000907346
DOJ-PROD-0000907522
DOJ-PROD-0000908140
DOJ-PROD-0000908141
DOJ-PROD-0000908143
DOJ-PROD-0000908144
DOJ-PROD-0000908812
DOJ-PROD-0000955943
DOJ-PROD-0000955992
DOJ-PROD-0000955993
DOJ-PROD-0000956243
DOJ-PROD-0000956244
DOJ-PROD-0000956329
DOJ-PROD-0000956330
DOJ-PROD-0000956357
DOJ-PROD-0001049379
DOJ-PROD-0001049380
DOJ-PROD-0001085765
DOJ-PROD-0001085766
DOJ-PROD-0001123053

DOJ-PROD-0001380715
DOJ-PROD-0001387981
DOJ-PROD-0001388005
DOJ-PROD-0001388007
DOJ-PROD-0001407646
DOJ-PROD-0001412165
DOJ-PROD-0001815002
DOJ-PROD-0001815284
DOJ-PROD-0001815285
DOJ-PROD-0001815308
DOJ-PROD-0001815325
DOJ-PROD-0001815340
DOJ-PROD-0001815342
DOJ-PROD-0001815464
DOJ-PROD-0001815465
DOJ-PROD-0001816462
DOJ-PROD-0001816463
DOJ-PROD-0001816814
DOJ-PROD-0001816816
DOJ-PROD-0001817426
DOJ-PROD-0001817427
DOJ-PROD-0001818317
DOJ-PROD-0001819042
DOJ-PROD-0001819432
DOJ-PROD-0001819434
DOJ-PROD-0001819510
DOJ-PROD-0001819512
DOJ-PROD-0001819513
DOJ-PROD-0001820135
DOJ-PROD-0001820251
DOJ-PROD-0001821494
DOJ-PROD-0001821506
DOJ-PROD-0001822340
DOJ-PROD-0001822779
DOJ-PROD-0001822973
DOJ-PROD-0001822974
DOJ-PROD-0001826013
DOJ-PROD-0001826901
DOJ-PROD-0001826902
DOJ-PROD-0001903834
DOJ-PROD-0001904559
DOJ-PROD-0001904634
DOJ-PROD-0001904635
DOJ-PROD-0001906429
DOJ-PROD-0001906431
DOJ-PROD-0001906871
DOJ-PROD-0001906872
DOJ-PROD-0001906999
DOJ-PROD-0001907725

DOJ-PROD-0001907726
DOJ-PROD-0001907895
DOJ-PROD-0001907902
DOJ-PROD-0001908938
DOJ-PROD-0001908939
DOJ-PROD-0001909586
DOJ-PROD-0001920202
DOJ-PROD-0001920206
DOJ-PROD-0001920328
DOJ-PROD-0001920341
DOJ-PROD-0001920361
DOJ-PROD-0001920378
DOJ-PROD-0001920397
DOJ-PROD-0001929448
DOJ-PROD-0001932485
DOJ-PROD-0001932487

Respectfully Submitted, this the 18th day of April, 2022.

/s/ Mark A. Jones
BELL, DAVIS & PITT, P.A.
North Carolina Bar # 36215
100 North Cherry Street, Suite 600
Winston-Salem, North Carolina
27101Phone (336) 714-4122
Facsimile (336) 714-4101
Email: mjones@belldavispitt.com

*Counsel for Bradley Reifler*