STANDARD ORDER FOR SENTENCING HEARINGS: The Court expects counsel to comply with all requirements of Fed.R.Crim.P 32(f) and LCrR 32.2. Position papers must be filed before the final PSR is filed if there are objections. Any sentencing memoranda or brief directed to
PSR objections or to the 3553(a) factors must be filed at least three full business days before the sentencing hearing. The Court discourages joint requests by the parties seeking a change in the guideline calculation after the final PSR is filed, as such requests reflect a failure to follow the procedures in LCrR 32.2(c) and (d). If there is such a request, it must be made in writing and filed at least three full business days before the sentencing hearing. Any motion filed by the government related to sentencing must be filed at least three full business days before the sentencing hearing. Any objections to standard conditions of supervised release or special conditions recommended by probation must be in writing filed at least three full business days before the sentencing hearing.