IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:20CR512-1 |
| v. | : | |
| BRADLEY CARL REIFLER | : | |

### ORDER IMPOSING A FORFEITURE MONEY JUDGMENT

WHEREAS, on May 5, 2022, the defendant, BRADLEY CARL REIFLER, entered into a Plea Agreement with the United States whereby the defendant agreed to plead guilty to Count Two of the Indictment, and to voluntarily release and forfeit all property constituting or derived from proceeds traceable to the criminal violation to which the defendant pled guilty; and

WHEREAS, the defendant, BRADLEY CARL REIFLER, further consented to the entry of a forfeiture money judgment in the amount of $20,322,220, in that this amount constitutes the amount of proceeds derived from the criminal violation to which the defendant pled guilty;

WHEREAS, on May 5, 2022, the defendant, BRADLEY CARL REIFLER, pled guilty to Count Two of the Indictment, and the Court found the defendant guilty; and

WHEREAS, the United States has filed a Consent Motion for Issuance of an Order Imposing a Forfeiture Money Judgment, which would consist of a personal money judgment against the defendant, BRADLEY CARL REIFLER, in the amount of $20,322,220; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the defendant, BRADLEY CARL REIFLER, shall forfeit to the United States the sum of $20,322,220 pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

**IT IS FURTHER ORDERED** that pursuant to Rule 32.2(b)(4), this Order of Forfeiture is final as to defendant effective at the time of sentencing, and shall be made part of the sentence and included in the judgment;

**IT IS FURTHER ORDERED** that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order to substitute property having a value not to exceed $20,322,220 to satisfy the money judgment in whole or in part; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office, Attention: Lynne P. Klauer, Assistant United States Attorney.

This the 3rd day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE